IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS McCOY,

                Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                Defendant.

ORDER

13-cv-771-jdp

The parties have filed a motion for remand under sentence four of Section 205(g) of the Social Security Act. The motion will be granted.

On remand, plaintiff Dennis McCoy will be provided with the opportunity for a hearing and to submit additional evidence and arguments. Additionally, on remand, the Administrative Law Judge will: (1) further evaluate whether plaintiff engaged in substantial gainful activity; (2) proceed with the sequential evaluation process for periods when plaintiff did not engage in substantial gainful activity; (3) if necessary, obtain supplemental testimony from a vocational expert; and (4) issue a new decision.

ORDER

IT IS ORDERED that this case is REMANDED to the Commissioner for further action as outlined above.

Entered this 21st day of August, 2014.

BY THE COURT:

/s/
JAMES D. PETERSON
District Judge