IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DENNIS McCOY,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 13-cv-771-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered remanding this case to the Commissioner under sentence four of Section 205(g) of the Social Security Act for further proceedings.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 8/22/2014 |
| Peter Oppeneer, Clerk of Court | Date |