IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS McCOY,

                Plaintiff,                ORDER

v.

                                          13-cv-771-jdp

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

                Defendant.

     The parties have filed a stipulation for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $4,620.31 in full satisfaction of any claim for fees and costs in this case.

     Further, the parties agree that the award may be paid to plaintiff's counsel and may be offset to satisfy any pre-existing debt owed by plaintiff McCoy to the United States pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

     After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that the award be made payable to plaintiff's counsel under the EAJA assignment signed by plaintiff and his counsel.

ORDER

     IT IS ORDERED that plaintiff Dennis McCoy is awarded attorney fees and costs in the

amount of $4,620.31. This amount is to be made payable to plaintiff's attorney, Barry Alan Schultz, contingent upon payment of money owed to the United States.

Entered this 19th day of September, 2014.

BY THE COURT:
/s/
JAMES D. PETERSON
District Judge