IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DENNIS McCOY,

      Plaintiff,    JUDGMENT IN A CIVIL CASE

v.    Case No. 13-cv-771-jdp

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

      Defendant.

      This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding attorney fees under the Equal Access to Justice Act to Barry Alan in the amount of $4,620.31.

| s/V. Olmo, Deputy Clerk | 9/19/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |